IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02069-WYD-BNB

DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation,

Plaintiff,

v.

ALBERT J. YOUNGWERTH, an individual,
REKLUSE MOTOR SPORTS, INC., a Utah corporation, and
EAGLE MOTOR WORKS, INC., a Colorado corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1) **Defendants' Motion for Protective Order** [Doc. # 33, filed 3/26/2008] (the "Defendants' Motion"); and

(2) **Plaintiff's Motion for Entry of Alternative Protective Order** [Doc. # 41, filed 4/16/2008] (the "Plaintiff's Motion").

Each motion concerns a proposed blanket protective order to be entered in this case. The principal area of disagreement is the scope of the restriction for materials designated as Attorney Eyes Only. I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Defendants' Motion is GRANTED. The parties shall confer and submit, on or before **April 28, 2008**, a proposed protective order essentially along the lines of that proposed by the defendants.

IT IS FURTHER ORDERED that the Plaintiff's Motion is DENIED.

Dated April 22, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge