IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02069-WYD-BNB

DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation,

    Plaintiff,

v.

ALBERT J. YOUNGWERTH, an individual;
RECLUSE MOTOR SPORTS, INC., a Utah corporation; and
EAGLE MOTOR WORKS, INC., a Colorado corporation,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Claim Construction Statement and Claim Construction Briefs are hereby **STRICKEN**. To the extent the parties wish for the Court to consider claim construction issues in this matter, I prefer that such issues are raised through the filing of motions for summary judgment and responses thereto. The parties are further ordered to follow the procedures and directives set forth in the Court's governing rules and my practice standards if they choose to refile these matters as motions for summary judgment. Finally, in light of my ruling, the Unopposed Motion for Leave to Amend Exhibit B of the Joint Claim Construction Statement (docket #45) is **DENIED AS MOOT.**

    Dated: April 28, 2008