IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02069-WYD-BNB

DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation,

Plaintiff,

v.

ALBERT J. YOUNGWERTH, an individual,
REKLUSE MOTOR SPORTS, INC., a Utah corporation, and
EAGLE MOTOR WORKS, INC., a Colorado corporation,

Defendants.

___

**MINUTE ORDER**
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **Plaintiff's Unopposed Motion to Amend Complaint** [Doc. # 52, filed 5/15/2008] is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint (Patent Infringement) and Jury Demand [Doc. # 52-2].

DATED: May 19, 2008