IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02069-WYD-BNB

DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation,

    Plaintiff,

v.

ALBERT J. YOUNGWERTH, an individual;
RECLUSE MOTOR SPORTS, INC., a Utah corporation; and
EAGLE MOTOR WORKS, INC., a Colorado corporation,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS
WITHOUT PREJUDICE PLAINTIFF'S FIRST CLAIM FOR RELIEF AND
DEFENDANT EAGLE MOTOR WORKS, INC.**

---

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Dismiss Without Prejudice its First Claim for Relief and Defendant Eagle Motor Works, Inc. (docket #53), filed May 15, 2008. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(2), the motion should be granted and Plaintiff's First Claim for Relief for Infringement of U.S. Pat. No. 6,705,446 and Defendant Eagle Motor Works, Inc. should be **DISMISSED WITHOUT PREJUDICE**. Accordingly, it is

ORDERED that the Plaintiff's Unopposed Motion to Dismiss Without Prejudice its First Claim for Relief and Defendant Eagle Motor Works, Inc. (docket #53), is **GRANTED**, and Plaintiff's First Claim for Relief for Infringement of U.S. Pat. No. 6,705,446 and Defendant Eagle Motor Works, Inc. are **DISMISSED WITHOUT**

**PREJUDICE**.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated:  May 20, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge