IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02069-WYD-BNB

DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation,

Plaintiff,

v.

ALBERT J. YOUNGWERTH, an individual, and
REKLUSE MOTOR SPORTS, INC., a Utah corporation,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　　This matter is before the Court on the **Stipulated Motion to Amend Scheduling Order**
[docket no. 58, filed May 21, 2008] (the "Motion").

　　　　IT IS ORDERED that the Motion is GRANTED and the parties shall designate all
experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
on or before **July 1, 2008** and the parties shall designate all rebuttal experts and provide
opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before
**August 15 2008**.

DATED:  May 27, 2008