IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-02069-WYD-BNB | Date: August 21, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation | William Rapson<br>Gregg Anderson |
| Plaintiff(s), | |
| v. | |
| ALBERT J. YOUNGWERTH, an individual<br>REKLUSE MOTOR SPORTS, INC., | Robert Huntsman<br>Thomas Goodreid |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 10:03 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:  Defendants' motion to stay litigation pending outcome of concurrent USPTO reexamination proceedings filed August 5, 2008; Doc. 72 is taken under advisement.**

Court in Recess    11:04 a.m.    Hearing concluded.    Total time in court:    01:01

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.