IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02069-WYD-BNB

DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation,

Plaintiff,

v.

ALBERT J. YOUNGWERTH, an individual, and
REKLUSE MOTOR SPORTS, INC., a Utah corporation,

Defendants.

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that the **Motion for Leave for Permission to File Motion After Expiration of Applicable Deadline** [Doc. # 102, filed 12/2/2008] is GRANTED, and the Clerk of the Court is directed to accept for filing the defendants' Motion for Leave to Join Third Parties as Counterdefendants [Doc. # 102-2].

IT IS FURTHER ORDERED that the plaintiff shall respond to the Motion for Leave to Join Third Party as Counterdefendants on or before **December 29, 2008**.

IT IS FURTHER ORDERED that a hearing on the Motion for Leave to Join Third Party as Counterdefendants is set for **January 15, 2009, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.


DATED: December 9, 2008