IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-02069-WYD-BNB | Date: January 15, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation | William Rapson<br>Gregg Anderson |
| Plaintiff(s), | |
| v. | |
| ALBERT J. YOUNGWERTH, an individual<br>REKLUSE MOTOR SPORTS, INC., a Utah corporation | Robert Huntsman<br>Thomas Goodreid |
| Defendants(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     8:33 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Defendants offers exhibits

**ORDERED:** Defendants' motion to compel discovery filed 12/19/08; Doc 108 is granted in part and denied in part as stated on the record. Responsive documents are due on or before February 16, 2009.

**ORDERED:** Motion for leave to join third parties as counterdefendants filed 12/09/08; Doc 106 is denied as stated on the record.

Court in Recess     9:28 a..m.     Hearing concluded.     Total time in court:     00:55

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.