IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02069-WYD-BNB

DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation,

Plaintiff,

v.

ALBERT J. YOUNGWERTH, an individual, and
REKLUSE MOTOR SPORTS, INC., a Utah corporation,

Defendants.

_____

## ORDER
_____

This matter arises on the following:

(1)     Defendants' **Motion for Leave to Join Third Parties as Counterdefendants**

[Doc. # 106, filed 12/9/2008] (the "Motion to Join"); and

(2)     **Defendants' Motion to Compel Discovery** [Doc. # 108, filed 12/19/2008] (the

"Motion to Compel").

I held a hearing on the motions this morning and made rulings on the record.  In

summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Join is DENIED as untimely.

IT IS FURTHER ORDERED that the Motion to Compel is GRANTED to require the

plaintiff, on or before **February 16, 2009**, to produce responsive documents in a manner

organized and labeled to correspond to the categories in the request, as required by Rule

34(b)(2)(E)(i), Fed. R. Civ. P.; and DENIED in all other respects.

Dated January 15, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge