IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02069-WYD-BNB

DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation,

    Plaintiff,

v.

ALBERT J. YOUNGWERTH, an individual;
RECLUSE MOTOR SPORTS, INC., a Utah corporation; and
EAGLE MOTOR WORKS, INC., a Colorado corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Strike Defendant Albert J. Youngwerth's Reply to Plaintiff's Opposition for Summary Judgment of Noninfringement or, alternatively, Motion for Leave to File a Surreply and Plaintiff's Motion to Strike Defendant Rekluse's Reply to Plaintiff's Opposition for Summary Judgment for Invalidation of the Asserted Claims or, Alternatively, Motion for Leave to File a Surreply, filed January 14, 2009 (docket # 120, 121) are **GRANTED IN PART AND DENIED IN PART**. Plaintiff's motions are granted as to the leave to file a surreply and denied as to the motions to strike.

    Dated: January 21, 2009