IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02069-WYD-BNB

DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation,

    Plaintiff,

v.

ALBERT J. YOUNGWERTH, an individual;
RECLUSE MOTOR SPORTS, INC., a Utah corporation; and
EAGLE MOTOR WORKS, INC., a Colorado corporation,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

THIS MATTER comes before the Court upon review of the file. On January 30, 2009, I issued an Order granting the Defendants' Motion to Stay Litigation Pending Outcome of Concurrent USPTO Reexamination Proceedings (docket #72), filed August 5, 2008. Thus, the present action is stayed pending the outcome of the USPTO Reexamination Proceedings. Since the length of the requested reexamination of the Patents is uncertain, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown. Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Dated: April 1, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge