IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02069-WYD-BNB

DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation,

Plaintiff,

v.

ALBERT J. YOUNGWERTH, an individual, and
REKLUSE MOTOR SPORTS, INC., a Utah corporation,

Defendants.
_____

**ORDER**
_____

This case was stayed by an order of the district judge while reexamination proceedings occurred in the United States Patent and Trademark Office, Order [Doc. # 129, filed 1/30/2009], and subsequently was administratively closed.  Order [Doc. # 133, filed 4/1/2009].  Following the submission of status reports, I entered an order continuing the existing stay to allow the parties to discuss their competitive issues and how to proceed on procedural issues;  allow new reexamination requests to be filed with the Patent Office; and allow the parties to discuss settlement.  Order [Doc. # 141, filed 1/7/2011].  The parties now request that the stay be continued.  Joint Status Report [Doc. # 143, filed 3/7/2011].

IT IS ORDERED:

(1) The stay of proceedings is continued at the parties' request to and including **April 29, 2011**; and

(2) On or before April 29, 2011, the parties shall file a status report addressing the status of the case and what additional pretrial proceedings, if any, should be scheduled.

Dated March 8, 2011.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge