IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02069-WYD-BNB

DRUSSEL WILFLEY DESIGN, LLC, a Colorado corporation,

Plaintiff,

v.

ALBERT J. YOUNGWERTH, an individual, and
REKLUSE MOTOR SPORTS, INC., a Utah corporation,

Defendants.
_____

**ORDER**
_____

This case was stayed by an order of the district judge while reexamination proceedings occurred in the United States Patent and Trademark Office, Order [Doc. # 129, filed 1/30/2009], and subsequently was administratively closed.  Order [Doc. # 133, filed 4/1/2009].  I entered orders continuing the stay to allow the parties to discuss competitive and procedural issues; file new reexamination requests; and discuss settlement.  Order [Doc. # 141, filed 1/7/2011]; Order [Doc. # 14, filed 3/8/2011].  The parties now request that the stay be continued until June 29, 2011, to allow settlement discussions to continue.  Joint Status Report [Doc. # 145, filed 4/29/2011] at p.2.

IT IS ORDERED:

(1) The stay of proceedings is continued at the parties' request to and including **July 15, 2011**;

(2) A supplemental scheduling conference is set for **July 15, 2011, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,

Colorado.  The parties shall prepare a proposed supplemental scheduling order and submit it to the court on or before **July 8, 2011**; and

   (3) The supplemental scheduling conference will be vacated on notice from the parties that a settlement of this action has been reached.

  Dated May 3, 2011.

              BY THE COURT:

               s/ Boyd N. Boland
               United States Magistrate Judge